J. BRIAN McCAULEY, ESQ. State Bar No. 66762
Law Office of J. Brian McCauley
One Market, Steuart Tower, Suite 1600
San Francisco, CA 94105
Telephone: (415) 974-1515
Facsimile:  (415) 543-0125
E-Mail: jbmapc@pacbell.net

Attorney for Plaintiff
KATY M. SULLIVAN

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN,<br><br>　　　　Plaintiff,<br>　vs.<br><br>WASHINGTON MUTUAL BANK, FA, JPMORGAN CHASE BANK, National Association, BANK OF AMERICA, National Association, LASALLE BANK, National Association, CALIFORNIA RECONVEYANCE COMPANY; and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | **CASE NO.: CV 09 1810 JSW**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41 (a), Plaintiff KATY SULLIVAN voluntarily dismisses the above-captioned action, without prejudice.

Dated: July 14, 2009

Law Offices of J. Brian McCauley
Professional Corporation

*[signature]*

By: _____
J. Brian McCauley,
Attorney for Plaintiff
KATY SULLIVAN

NOTICE OF VOLUNTARY DISMISSAL　　　　　　　　　　　　　　CASE NO. CV-09 1810 JSW　　　1